An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

CARLINE VONGARDNER,
Appellant,
vs.
DANIEL JOHN VONGARDNER A/K/A
DANIEL JOHN GARDNER,
Respondents.

No. 62716

**FILED**

JUN 26 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

### ORDER DISMISSING APPEAL

On February 28, 2013, this matter was docketed in this court without payment of the requisite filing fee. On that same day, this court issued a notice directing appellant to pay the filing fee within 10 days. The notice further advised that failure to pay the fee within 10 days would result in the dismissal of this matter. To date, appellant has not paid the filing fee.[1] Accordingly, cause appearing, this appeal is dismissed.

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _Tracie K Lindeman_

cc:   Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
      Carline VonGardner
      Mary D. Perry
      Eighth District Court Clerk

---

[1] On March 11, 2013, appellant informed this court by telephone that she had placed the filing fee in the mail. On March 18, 2013, appellant informed this court by telephone that she would be seeking to proceed in forma pauperis.

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

13 - 18747